1

2

3

4

5

6

7

8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10

GREGORY GOSS,

11

             Petitioner,                   No. CIV S-06-2619 RRB EFB P

12

    vs.

13

ROBERT A. HOREL, Warden, et al.,

14

             Respondents.          <u>ORDER</u>

15

_____/

16

      Petitioner is a state prisoner without counsel seeking a writ of habeas corpus.  *See* 28

17

U.S.C. § 2254.  On December 14, 2007, respondents moved to dismiss the petition on the ground

18

that it is untimely.  Petitioner has not filed an opposition or a statement of no opposition.

19

      A party's failure "to file written opposition or to file a statement of no opposition may be

20

deemed a waiver of any opposition to the granting of the motion and may result in the imposition

21

of sanctions."  L. R. 78-230(m).  Failure to comply with any order or with the Local Rules "may

22

be grounds for imposition of any and all sanctions authorized by statute or Rule or within the

23

inherent power of the Court."  L. R. 11-110.  Petitioner is hereby admonished that the court may

24

dismiss this action with or without prejudice, as appropriate, if he disobeys an order or the Local

25

Rules.  *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1252 (9th Cir. 1992) (district court did not abuse

26

discretion in dismissing *pro se* plaintiff's complaint for failing to obey an order to re-file an

1

amended complaint to comply with Federal Rules of Civil Procedure); *Carey v. King*, 856 F.2d 1439, 1440-41 (9th Cir. 1988) (dismissal for *pro se* plaintiff's failure to comply with local rule regarding notice of change of address affirmed).

Accordingly, it is hereby ORDERED that, within 30 days of the date of this order, petitioner shall file either an opposition to the motion to dismiss or a statement of no opposition. Failure to comply with this order will result in a recommendation that this action be dismissed.

Dated:   February 28, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE